UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

S.G., individually and on behalf of the child, E.V.,

                                              Plaintiff,

– against –

New York City Department of Education,

                                              Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2023

**STIPULATION AND ORDER OF DISMISSAL**

22-cv-7540 (MLV)(JLC)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. ~~Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter~~.

Dated: New York, New York
       February 6  , 2023

**Law Offices of Irina Roller, PLLC**
*Attorney for Plaintiffs*
40 Wall Street, Ste 2508
New York, New York 10005
(212) 688-1100
Hearings@rolleresq.com

By: *s/ Irina Roller*
    Irina Roller, Esq.

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
*Attorney for Defendant*
100 Church Street, 2nd Fl
New York, New York 10007
(212) 356-0418
TLindema@law.nyc.gov

By: _____
    Thomas Lindeman, Esq.
    Assistant Corporation Counsel

SO ORDERED:

_____   February 7, 2023
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

S.G., individually and on behalf of the child, E.V.,

                                      Plaintiff,

        – against –

New York City Department of Education,

                                      Defendant.

------------------------------------------------------------------X

**STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

22-cv-7540 (MLV)(JLC)

      **WHEREAS** Plaintiff, S.G., ("Plaintiff"), individually and on behalf of the minor child, E.V., commenced an administrative proceeding pursuant to the Individuals With Disabilities Education Act, 20 U.E.V. § 1400 *et seq.*, concerning E.V.'s 2018-19 school year, which was designated Impartial Hearing ("IH") Case No. 181472.

      **WHEREAS** after a hearing on the merits, an IH Officer issued a decision on September 6, 2019 regarding IH Case No. 181472;

      **WHEREAS** on September 2, 2022, Plaintiff commenced this action against Defendant New York City Department of Education ("Defendant") seeking attorneys' fees incurred in the administrative action and this federal action;

      **WHEREAS** Defendant denies any and all liability arising out of Plaintiff's allegations in this action; and

      **WHEREAS** Plaintiff and Defendant (collectively, the "Parties") now desire to resolve the issues of attorneys' fees and related costs and expenses arising out of IH Case No. 181472 and this federal action without further proceedings, on terms and conditions that are just and fair to the Parties.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through the undersigned, as follows:

1. In consideration of payment of the sum set forth in paragraph "2" below, this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), without fees, costs, or expenses in excess of the amount specified in paragraph "2".

2. The City of New York shall pay TWENTY-SIX THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($26,500.00) in full satisfaction of all claims for attorneys' fees, costs, and expenses, incurred or accrued in connection with school year 2018-19, including IH Case No. 181472 and the instant federal action.

3. Payment of the amount specified in paragraph "2" will be made by check payable to "Law Offices of Irina Roller, PLLC," and mailed to Plaintiffs' attorneys, Law Offices of Irina Roller, PLLC, at 40 Wall Street, Ste. 2508, New York, New York 10005.

4. In consideration of the payment of the amount specified in paragraph "2," Plaintiffs and Law Offices of Irina Roller, PLLC, agree to the dismissal of all claims against Defendant, and to hereby release and discharge Defendant and the City of New York, and their successors and assigns, and all past and present officials, employees, departments, agencies, representatives, directors, and agents of the City of New York and Defendant from any and all liability, claims, and/or rights of action arising from or relating to any claims that Plaintiffs or Law Offices of Irina Roller, PLLC, may have for costs, expenses, and/or attorneys' fees incurred or accrued in connection with school year 2018-19, including IH Case No. 181472 and the instant federal action.

5. Upon execution of this Stipulation and Order, Plaintiffs and Law Offices of Irina Roller, PLLC, shall each execute separate Releases based upon the terms of paragraphs "2"

through "4" above, Law Offices of Irina Roller, PLLC, shall complete a substitute W-9 form, and Law Offices of Irina Roller, PLLC, shall promptly provide these Releases and the substitute W-9 form to Defendant's undersigned counsel.

6. Payment of the amount specified in paragraph "2" is conditioned upon delivery of all documents reasonably necessary to effectuate this Stipulation and Order as described in paragraph "5".

7. Nothing contained herein shall be deemed to be an admission by Defendant that it has in any manner or way violated either Plaintiffs' rights or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules, or regulations of the United States, the State of New York, the City of New York, or Defendant, or any other rule, regulation, or bylaw of any department or subdivision of the City of New York or Defendant.

8. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or Defendant.

9. This Stipulation and Order shall not be admissible in, nor is it related to, any other litigation, proceeding, or settlement negotiation, except as may be necessary to enforce its terms.

10. This Stipulation and Order contains all of the terms and conditions agreed upon by the Parties, and no oral agreement entered into at any time, nor any written agreement entered into prior to the execution of this Stipulation and Order, regarding the subject matter of the instant proceeding shall be deemed to exist, to bind the Parties hereto, or to vary the terms and conditions contained herein.

11. Nothing contained herein shall be deemed to be an agreement or admission by Defendant or the City of New York as to the reasonableness of the number of hours billed or

the hourly rates claimed by Plaintiffs' counsel.

12. The Stipulation and Order is final and binding on all Parties, as well as their successors and assigns.

13. This document may be executed in subparts, and, whether or not it is executed in subparts, a signature received by facsimile or electronic mail shall have the same force and effect as an original signature.

Dated:    New York, New York
          February 6, 2023

**Law Offices of Irina Roller, PLLC**
*Attorney for Plaintiffs*
40 Wall Street, Ste. 2508
New York, New York 10005
(212) 688-1100
Hearings@rolleresq.com


By: *s/ Irina Roller*
    Irina Roller, Esq.

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
*Attorney for Defendant*
100 Church Street, 2nd Fl
New York, New York 10007
(212) 356-0418
TLindema@law.nyc.gov


By: _____
    Thomas Lindeman, Esq.
    Assistant Corporation Counsel

4